AO 93 (Rev. 5/85) Search Warrant

# United States District Court

__Southern__ DISTRICT OF __Alabama__

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

information associated with "jacques.monsi@gmail.com" that is stored at premises controlled by Google, Inc.

**SEARCH WARRANT**

CASE NUMBER: MJ 09-0053-M

TO: __SSA Angelo Fermo__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Angelo Fermo__ who has reason to
                                          Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

  **See Attachment "A"**

in the __Northern__ District of __California__ there is now concealed a certain person or property, namely (describe the person or property)

  **See attached affidavit with Attachment "B"**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ~~May 6th 2009~~ BWM Jr.
                                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __the undersigned__
                                                                                                    U.S. Judge or Magistrate
as required by law.

May 6, 2009     3:41 PM.            at      Mobile, Alabama
Date and Time Issued                        City and State

Bert W. Milling, Jr.
United States Magistrate Judge                     _Bert W. Milling, Jr._
Name and Title of Judicial Officer                 Signature of Judicial Officer

## ATTACHMENT "A"

This warrant applies to information associated with "jacques.monsi@gmail.com" that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

**ATTACHMENT "B"**

I. Accounts and Files to Be Copied by GOOGLE/GMAIL Personnel

A. All electronic communications, images, and data files associated with the e-mail addresses or accounts designated Jacques.monsi@gmail.com

B. All transactional records for the E-mail addresses or accounts designated Jacques.monsi@gmail.com including:

1. Subscriber information for the accounts designated Jacques.monsi@gmail.com:

a. Name(s) and e-mail address(es);
b. Address(es);
c. Records of session times and durations;
d. Length of service (including start date) and types of service utilized;
e. Telephone instrument number of other subscriber number or identity, including any temporary assigned network address;
f. The means and source of payment for such service (including any credit card or

bank account number); and

g. The Internet Protocol address used by the subscriber to register the account or otherwise initiate service.

2. User connection logs for any connections to or from the account including:

a. Connection time and date;

b. Disconnect time and date;

c. The IP address that was used when the user connected to the service;

d. Source and destination of any electronic mail messages sent from or received by the account, and the date, time, and length of the message; and

e. Any address to which electronic mail was or is to be forwarded from the account or e-mail address.

**III. Records and Data to be Searched and Seized by Law Enforcement Personnel**

A. All electronic communications, images, and data, for the period October 1, 2008 to present relating to:

1. Electronic mail and other content identifying in any manner the user(s) of the email account;

2. Electronic mail and other content relating to orders for goods technology, or services of U.S. origin and the end-user or potential use for those items of services;

3. electronic mail and other content referring to any manner to, or reflecting, any transaction or prospective

transaction in violation of the International emergency economic Powers Act, 50 U.S.C. 1705, or the Iranian Transactions Regulations, 31 C.F.R. 560.203 and 560.204;

B.  All of the transactional records described in Section II (B).