| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>MAY 6, 2009 | DATE AND TIME WARRANT EXECUTED<br>MAY 11, 2009 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>KELLI UNTIEDT, GOOGLE LEGAL SUPPORT |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) ONE CD RELATED TO THE E-MAIL ACCOUNT.  THE CD CONTAINED:
   (A) LIST OF ALL E-MAIL CONTACTS
   (B) ALL E-MAILS RELATED TO THIS ACCOUNT THAT WERE STORED
   (C) A LIST OF ALL TIMESTAMP OF ORIGINATING IP ADDRESS FOR LOGINS

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]* June 3, 09

Subscribed, sworn to, and returned before me this date.

_____   6/3/2009
U.S. Judge or Magistrate              Date

## ATTACHMENT "A"

This warrant applies to information associated with "jacques.monsi@gmail.com" that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT "B"

I. Accounts and Files to Be Copied by GOOGLE/GMAIL Personnel

A. All electronic communications, images, and data files associated with the e-mail addresses or accounts designated Jacques.monsi@gmail.com

B. All transactional records for the E-mail addresses or accounts designated Jacques.monsi@gmail.com including:

1. Subscriber information for the accounts designated Jacques.monsi@gmail.com:

a. Name(s) and e-mail address(es);
b. Address(es);
c. Records of session times and durations;
d. Length of service (including start date) and types of service utilized;
e. Telephone instrument number of other subscriber number or identity, including any temporary assigned network address;
f. The means and source of payment for such service (including any credit card or

bank account number); and

g. The Internet Protocol address used by the subscriber to register the account or otherwise initiate service.

2. User connection logs for any connections to or from the account including:

a. Connection time and date;

b. Disconnect time and date;

c. The IP address that was used when the user connected to the service;

d. Source and destination of any electronic mail messages sent from or received by the account, and the date, time, and length of the message; and

e. Any address to which electronic mail was or is to be forwarded from the account or e-mail address.

### III. Records and Data to be Searched and Seized by Law Enforcement Personnel

A. All electronic communications, images, and data, for the period October 1, 2008 to present relating to:

1. Electronic mail and other content identifying in any manner the user(s) of the email account;

2. Electronic mail and other content relating to orders for goods technology, or services of U.S. origin and the end-user or potential use for those items of services;

3. electronic mail and other content referring to any manner to, or reflecting, any transaction or prospective

transaction in violation of the International emergency economic Powers Act, 50 U.S.C. 1705, or the Iranian Transactions Regulations, 31 C.F.R. 560.203 and 560.204;

B.  All of the transactional records described in Section II (B).